# EXHIBIT 1

# **SIFTR - Copyright Summary**

| File | File Name | Registration Number |
|---|---|---|
| Kickstarter : SIFTR, The Micro Kitchen Colander for fast & fuss-free cooking | SIF-Video-1 | PAu004271902 |
| | SIF-1 | VA0002457627 |
| | SIF-2 | VA0002457627 |
| | SIF-3 | VA0002457627 |
| | SIF-4 | VA0002457627 |

1

| File | File Name | Registration Number |
|---|---|---|
| | SIF-5 | VA0002457627 |
| | SIF-6 | VA0002457627 |
| | SIF-7 | VA0002457627 |
| | SIF-8 | VA0002457627 |
| | SIF-9 | VA0002457627 |
| | SIF-10 | VA0002457627 |

| File | File Name | Registration Number |
|---|---|---|
| | SIF-11 | VA0002457627 |
| | SIF-12 | VA0002457627 |
| | SIF-13 | VA0002457627 |
| | SIF-14 | VA0002457627 |
| | SIF-15 | VA0002457627 |

3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**PAu 4-271-902**

**Effective Date of Registration:**
August 11, 2025
**Registration Decision Date:**
August 11, 2025

---

**Title**

        **Title of Work:**  SIF-Video-1

**Completion/Publication**

        **Year of Completion:**  2020

**Author**

        •   **Author:**  Boxed Design Ltd.
        **Author Created:**  entire motion picture
        **Work made for hire:**  Yes
        **Citizen of:**  United Kingdom

**Copyright Claimant**

        **Copyright Claimant:**  Boxed Design Ltd.
        11/12 Hallmark Trading Centre Fourth Way, Wembley, Middlesex, HA9 0LB, United Kingdom

**Limitation of copyright claim**

        **Material excluded from this claim:**  preexisting music

        **New material included in claim:**  all other cinematographic material

**Rights and Permissions**

        **Organization Name:**  Boxed Design Ltd.
        **Address:**  11/12 Hallmark Trading Centre Fourth Way
        Wembley, Middlesex HA9 0LB United Kingdom

**Certification**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
## VA 2-457-627
**Effective Date of Registration:**
August 13, 2025
**Registration Decision Date:**
August 13, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
   For Photographs Published:   June 15, 2020 to August 15, 2020

### Title

|                                  |                      |
|---------------------------------:|----------------------|
| **Title of Group:**              | SIFTR 2020           |
| **Number of Photographs in Group:** | 15                |
| • **Individual Photographs:**    | SIF-6,               |
|                                  | SIF-7,               |
|                                  | SIF-8,               |
|                                  | SIF-9,               |
|                                  | SIF-10,              |
|                                  | SIF-11,              |
|                                  | SIF-12,              |
|                                  | SIF-13,              |
|                                  | SIF-14,              |
|                                  | SIF-15               |
| **Published:**                   | June 2020            |
| • **Individual Photographs:**    | SIF-1,               |
|                                  | SIF-2,               |
|                                  | SIF-3,               |
|                                  | SIF-4,               |
|                                  | SIF-5                |
| **Published:**                   | August 2020          |

### Completion/Publication

|                                       |                 |
|--------------------------------------:|-----------------|
| **Year of Completion:**               | 2020            |
| **Earliest Publication Date in Group:** | June 15, 2020 |
| **Latest Publication Date in Group:** | August 15, 2020 |
| **Nation of First Publication:**      | United States   |

### Author

Page 1 of 2