# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BOXED DESIGN LTD., <br>        Plaintiff, <br><br> v. <br><br> Yiwu Yanyu Trading Co., Ltd., et al., <br><br>        Defendants. | **SEALED** <br><br> Case Action No. <br><br> 1:25-cv-7293-VMC |

## AFFIDAVIT OF SERVICE

True and correct copies of the Complaint [ECF No. 1], Summonses [ECF Nos. 20, 21, 22], and Temporary Restraining Order [ECF No. 18], as well as notice that the Court scheduled a hearing on Plaintiff's Motion for Preliminary Injunction for February 11, 2026, at 4:00 PM, were served on all Defendants on January 28, 2026 and February 2, 2026. As authorized by this Court in its Order Granting Plaintiff's Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3), the Defendants were served by electronic mail to the e-mail addresses provided by the Marketplaces, Financial Institutions, or Defendants themselves.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 4th day of February 2026.

**FLENER IP LAW LLC**

*/s/ James E. Judge*
Zareefa B. Flener (IL Bar No. 6281397), *pro hac vice application forthcoming*
James E. Judge (IL Bar No. 6243206), *pro hac vice*
Ying Chen (IL Bar No. 6346961), *pro hac vice*
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com


**WARGO FRENCH & SINGER, LLP**

*/s/ Brandon R. Parrish*
BRANDON PARRISH
Georgia Bar No. 388223
1175 Peachtree Street, Suite 1650
(404) 853-1590 (Telephone)
(404) 853-1591 (Facsimile)
bparrish@wfslaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1(C) and 7.1(D) of the Northern District of Georgia, that the foregoing motion complies with the font and point selections approved by the Court in L.R. 5.1(C). The foregoing motion was prepared on a computer using 14-point Times New Roman font.

*/s/ Brandon R. Parrish*
BRANDON R. PARRISH

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 4, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

>  */s/ Brandon R. Parrish*
>  BRANDON R. PARRISH