## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BOXED DESIGN LTD.,

                Plaintiff,

v.

Yiwu Yanyu Trading Co., Ltd., *et al.*,

                Defendants.

Case Action No.

1:25-cv-7293-VMC

## PRELIMINARY INJUNCTION ORDER

**THIS CAUSE** comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order and Asset Freeze Order against all Defendants on January 15, 2026. The Court also authorized Plaintiff to serve Defendants by electronic means. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing on February 11, 2026, to demonstrate good cause why a preliminary injunction should not issue. No Defendant appeared.

During the hearing, Plaintiff established that Defendants were served electronically with process and notice of the February 11, 2026 hearing on February 2, 2026. Defendants, each of which failed to appear at the hearing or

1

otherwise contest the preliminary injunction sought by Plaintiff, have failed to show good cause why a preliminary injunction should not issue against them. Therefore, Plaintiff's Request for Preliminary Injunction is GRANTED. The Court ENTERS a preliminary injunction on the findings of fact and conclusions of law set forth below.

## I.    APPLICABLE LEGAL STANDARDS

A court will issue a preliminary injunction where the requesting party demonstrates the following four factors: (1) it has a substantial likelihood of success on the merits; (2) the moving party will suffer irreparable injury if the order is not granted; (3) that the threatened injury to the plaintiff outweighs the harm the relief would inflict on the non-movant; and (4) entry of the order would serve the public interest. *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005) (per curiam); *Cathedral Art Metal Co. v. Divinity Boutique, LLC*, No. 1:18-cv-141-WSD, 2018 WL 566510, at *4 (N.D. Ga. Jan. 26, 2018) (applying four-part test and granting preliminary injunction in a Lanham Act case); *Mud Pie, LLC v. Deck the Halls, Y'all, LLC*, No. 1:17-CV-2789-SCJ, 2017 WL 8942387, at *3 (N.D. Ga. Sept. 27, 2017) (granting preliminary injunction in copyright infringement case).

A request for permanent injunctive relief and disgorgement of the defendant's profits from infringement pursuant to the Copyright Act as well as a request for an

award of attorney's fees, are requests for relief in equity. Requests for equitable relief invoke the court's inherent equitable powers to order preliminary injunctive relief, including an asset freeze, in order to assure the availability of permanent relief. *Levi Strauss & Co. v. Sunrise Intern. Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995). Such asset freezes are particularly appropriate against sellers of unauthorized goods who are likely to conceal their ill-gotten profits if their assets are not seized. *Reebok Intern., Ltd. v. Marnatech Enterprises, Inc.*, 970 F.2d 552, 559 (9th Cir. 1992).

## II. FINDINGS OF FACT AND CONCLUSIONS OF LAW

This Court, having reviewed the Plaintiff's Motion for TRO, Memorandum, and supporting declarations and evidence, makes the following findings of facts and conclusions of law:

### A. Plaintiff's Copyrights

1)    Plaintiff is the owner of valid and subsisting U.S. copyright registrations, Reg. Nos. PAu 4-271-902 and VA 2-457-627 (the "SIFTR Works"), issued by the United States Copyright Office in August 2025. The registrations of Plaintiff's copyrighted works constitute *prima facie* evidence of its validity and of Plaintiff's exclusive right to copy, reproduce, distribute, and publicly display the SIFTR Works. *See* 17 U.S.C. § 106.

### B. Defendants' Advertising and Sale of Counterfeiting and Infringing Goods

3

2)     Each Defendant is believed to be a non-U.S. entity, association, or individual, located in China or elsewhere in Asia, each of whom sells, offers for sale, distributes, and/or advertises goods through e-commerce stores operating under seller aliases (the "Seller Aliases") on various e-commerce marketplaces such as Alibaba Group Holding Limited., Alibaba.com, Inc., Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., AUS Merchant Services, Inc. ("Alibaba" and "AliExpress"), Amazon.com Inc. ("Amazon"), eBay Inc. ("eBay"), Fruugo.com Ltd. ("Fruugo"), Roadget Business Pte. Ltd. and Shein US Services LLC ("Shein"), Shopify Inc. ("Shopify"), PDD Holdings ("Temu"), Walmart Inc. ("Walmart"), Wish.com Inc. ("Wish") (collectively, the "Marketplaces"), and payment processors, such as Alibaba Group Holding Limited, AUS Merchant Services, Inc., and Alipay US, Inc. ("Alipay"), LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), Payoneer Global Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), and Stripe Inc. ("Stripe").

3)     Each Defendant uses in commerce a reproduction, infringing, copy, or colorable imitation of the unauthorized copies of the SIFTR Works on or in connection with the sale, offer for sale, distribution, or advertising of products advertised, marketed, or sold through the use of infringing copies of the SIFTR

Works on their respective Seller Aliases on the Marketplaces ("Unauthorized Listings").

4)    Each Defendant has offered Unauthorized Listings for sale throughout the United States. Each Defendant is willing to engage in commercial transactions with residents of the United States and offer products for sale through the use of infringing copies of the SIFTR Works to consumers in the United States.

5)    Each Defendant also accepts payment for its goods in U.S. dollars through, for example, a variety of payment processors, banks, escrow services, money transmitters, the Marketplaces themselves, and other companies (collectively referred to hereafter as, "Financial Institutions") that engage in the processing or transfer of money of or on behalf of Defendants by virtue of their operation of the Seller Aliases on any of the Marketplaces.

6)    Defendants are subject to the personal jurisdiction of this Court pursuant to Rule 4(k)(2) of the Federal Rules of Civil Procedure, and exercising jurisdiction over Defendants is consistent with the United States Constitution and its laws. Based on the facts set forth above, it is reasonable for Defendants to expect that they may be sued in the United States. *U.S. S.E.C. v. Carrillo*, 115 F.3d 1540, 1542-47 (11th Cir. 1997) (holding court had personal jurisdiction over foreign corporation where defendant placed ads for securities in two airlines' in-flight

5

magazines, mailed offering materials directly to U.S. investors, and maintained U.S. bank accounts to receive payment from investors.); *Louis Vuitton Malletier, S.A. v. Mosseri*, 736 F.3d 1339, 1355-58 (11th Cir. 2013) (affirming jurisdiction over non-resident who sold counterfeit products through fully-interactive website).

7)    Plaintiff has never authorized any of the Defendants to use the SIFTR Works on or in connection with the sale, offer for sale, distribution, or advertising of any goods in the United States.

8)    Plaintiff has never authorized Defendants to reproduce, import or distribute copies of any of the SIFTR Works in the United States.

9)    Plaintiff has established that each Defendant is using one or more of the SIFTR Works, derivative works thereof, or colorable imitations of the SIFTR Works in connection with the sale, offer for sale, distribution, or advertising of Unauthorized Listings.

10)    Plaintiff has established that it is substantially likely to succeed on the merits of its copyright infringement claims:

   a) Plaintiff owns valid federal copyright registrations for the SIFTR Works;

b) Defendants are offering for sale and selling products through the use of infringing copies of one or more of the SIFTR Works, including derivative works thereof, on the Marketplaces;

c) Plaintiff has not authorized Defendants to reproduce, distribute, publicly display or create derivative works of any of the SIFTR Works; and

d) The infringing images used in the Unauthorized Listings are substantially similar to one or more of the SIFTR Copyrighted Works.

11)    As held in the preceding paragraph, Plaintiff has demonstrated a likelihood of success on the merits and therefore satisfies the first factor of the preliminary injunction analysis.

12)    Plaintiff has shown that it is likely to suffer irreparable harm if an injunction does not issue.  The proliferation of infringing and derivative works of the SIFTR Works diminishes the exclusivity, value and associated goodwill of Plaintiff's copyrighted works. Because Plaintiff cannot control the quality of knockoff goods, the sale of inferior goods by Defendants will have a materially adverse effect on Plaintiff's business reputation and the goodwill associated with the SIFTR Works. This is sufficient to establish a likelihood of irreparable harm. *See C. B. Fleet Co. v. Unico Holdings, Inc.*, 510 F. Supp. 2d 1078, 1083 (S.D. Fla. 2007)

(citing *Suntrust Bank v. Houghton Mifflin Co.*, 268 F.3d 1257, 1265 (11th Cir. 2001) ("injunctive relief may be particularly appropriate in cases involving simple copying or 'piracy' of a copyrighted work.")); *BellSouth Telecommunications, Inc. v. MCIMetro Access Transmission Servs., LLC*, 425 F.3d 964, 970 (11th Cir. 2005) (affirming "the loss of customers and goodwill is an irreparable injury"); *InternetShopsInc.com v. Six C Consulting, Inc.*, No. 1:09-CV-00698-JEC, 2011 WL 1113445, at *6 (N.D. Ga. Mar. 24, 2011) (holding that dilution of goodwill, loss of control of reputation, and loss of trade are sufficient to find irreparable injury); *Noorani Trading Inc. v. Bijani*, NO. 1:17-CV-1344-LMM, 2017 WL 8292437, at *9 (N.D. Ga. May 4, 2017).. The widespread and unauthorized use of the SIFTR Works in the marketing, offering for sale, and sale of knockoff goods threatens the extensive goodwill associated with Plaintiff's business and the SIFTR Works, and will continue to cannibalize the sale of Plaintiff's genuine goods. There is a significant threat that Plaintiff will suffer irreparable harm without an injunction. *See Ferrellgas Partners, L.P*, 143 Fed. Appx. 180, 190 (11th Cir. 2005); *Crossfit, Inc. v. Quinnie*, 232 F. Supp.3d 1295, 1316 (N.D. Ga. 2017) ("The most corrosive and irreparable harm … is the inability of the victim to control the nature and quality of the defendants' goods."); *Isaac Hayes Enters., LLC v. Trump*, 2024 WL 4148758, at *3 (N.D. Ga. Sept. 11, 2024)).

8

13)    It is likely that Plaintiff will suffer immediate and irreparable loss, damage, or injury unless Plaintiff's request for relief is granted:

a)  It is likely that Defendants will continue to use infringing copies of the SIFTR Works, including derivative works or colorable imitations thereof, in connection with advertising and offering products for sale through the Seller Aliases on the Marketplaces in the absence of the requested TRO;

b)  As a result, it is likely that consumers will continue to be misled, confused, and disappointed by the quality of these goods, thereby significantly and irreparably damaging Plaintiff's valuable goodwill; and

c)  Plaintiff will continue to suffer lost sales of genuine goods as the result of the lower-cost Unauthorized Listings offered for sale by Defendants.

14)    The balance of harms favors Plaintiff. If the preliminary injunction is denied, Plaintiff will continue to suffer the above-mentioned irreparable harm to its reputation and the goodwill associated with the SIFTR Works. On the other hand, enjoining Defendants from using infringing copies of the SIFTR Works in connection with advertising and offering products for sale poses little to no risk of damaging the goodwill, if any, associated with the Defendants. Any harm Defendants may suffer is purely monetary and is therefore compensable, unlike the harm that Plaintiff will continue to suffer.

15)    Granting Plaintiff a preliminary injunction is also in the public's interest. It will prevent consumer confusion in the marketplace by unauthorized use of Plaintiff's copyrighted works, thereby preventing consumer harm, confusion, mistake, and deception.

16)    Plaintiff has requested a permanent injunction and recovery of Defendants' ill-gotten profits from their sale of Unauthorized Listings pursuant to 17 U.S.C. § 504.

17)    By requesting equitable relief, Plaintiff has invoked this Court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief. *See Levi Strauss & Co. v. Sunrise Intern. Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Fed. Trade Comm'n v. U.S. Oil & Gas Corp.*, 748 F.2d 1431, 1433–34 (11th Cir. 1984)).

18)    Defendants are likely to destroy evidence of their counterfeiting and infringing activities, such as evidence regarding the Seller Aliases and payment processing histories on the Marketplaces and other Financial Institutions, as well as hide and/or transfer any ill-gotten proceeds from the sale of Unauthorized Listings, unless those assets are frozen or otherwise restrained.

19)    All Defendants were previously served with process, the TRO, and notice of the Court's hearing set for February 11, 2026, and were further advised

10

that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 17 U.S.C. § 504, Rule 65 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1651(a), and the Court's inherent authority.

20)    No Defendant listed on Exhibit A hereto appeared at the preliminary injunction hearing.

## PRELIMINARY INJUNCTION

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for *Ex Parte* Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Order to Show Cause is **GRANTED** as follows:

1)    Each Defendant (as reflected on the attached **Exhibit A**), its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order is hereby ordered to temporarily:

a)    Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any products using copies of the SIFTR Works, other than genuine products manufactured or distributed by Plaintiff or its authorized distributors;

11

b)     Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the use of infringing copies of the SIFTR Works, including derivative works or colorable imitations thereof, in connection with the advertising, offer for sale, sale, or distribution of products through the Unauthorized Listings;

c)     Cease and refrain from using copies of the SIFTR Works on or in connection with any seller alias that any Defendant may own, operate, or control on any Marketplace; and

d)     Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace during the pendency of this Action, or until further Order of the Court.

2)     For the duration of this suit, each Defendant must preserve all documents and electronically stored information arising from or related to its use of infringing copies of the SIFTR Works, including derivative works or colorable imitations thereof, in connection with the advertising, offer for sale, sale, or distribution of products through the Unauthorized Listings operated under its Seller Aliases located on the Marketplaces.

12

3)    All Financial Institutions previously served with the TRO shall continue to attach and freeze all funds in any accounts owned, controlled, utilized by, or associated with Defendants and otherwise prohibit the transfer of any funds out of any such accounts and divert any frozen funds and any additional funds that may be transferred into the accounts into a holding account at the Marketplace or the respective Financial Institution for the trust of the Court, with such frozen funds and/or holding accounts being held, maintained, and/or located exclusively within the United States.

4)    No funds restrained by this Order shall be transferred or surrendered by any Financial Institution or Marketplace for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of the Court.

5)    The Marketplaces previously served with the TRO (as well as any other e-commerce platform hosting virtual storefronts for any Defendant) on which a Defendant maintains a virtual storefront or account are ordered to continue disabling each Defendant's Unauthorized Listings on the Marketplaces and any accounts associated with each Defendant.

6)    Plaintiff may notify the Marketplaces and Financial Institutions of this Order by electronic means, including by electronic mail.

7)      Pursuant to this Court's discretion, Plaintiff shall not presently be required to post a bond or other security. *See BellSouth Telecommunications, Inc. v. MCIMetro Access Transmission Servs., LLC*, 425 F.3d 964, 971 (11th Cir. 2005). However, any Defendant may appear and immediately challenge this portion of the Order by providing the Court with a reasonable estimation of its potential lost sales, along with supporting documentation sufficient to allow the Court to decide what an appropriate amount of surety would be. Plaintiff will then have one (1) week in which to file a response.

8)      This Order shall remain in effect for the remainder of the litigation or until such further date as set by the Court or stipulated to by the parties.

9)      This Order shall apply to Defendants, their associated Seller Aliases on the Marketplaces, and any other websites, domain names, seller identification names, e-commerce stores, or Financial Institution accounts which are being used by Defendants for the purpose of advertising, offering for sale, and selling any Unauthorized Listings at issue in this action and/or unfairly competing with Plaintiff.

10)      Any Defendant or Financial Institution account holder may petition the Court to modify the asset restraint set out in this Order.

14

11)    The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause is **dissolved and is replaced by this Preliminary Injunction Order which is hereafter in effect**.

SO ORDERED this __12th___ day of __February_____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

15

## **EXHIBIT A**
## **LIST OF ALL NAMED DEFENDANTS SUBJECT TO ORDER**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Yiwu Yanyu Trading Co., Ltd. | cn152428873 8qywf | https://cn1524288738qywf.en.alibaba.com |
| 2 | Dongguan Jinbaolai Rubber And Plastic Hardware Products Co., Ltd. | cn153668591 8vhhn | https://cn1536685918vhhn.en.alibaba.com |
| 3 | Dongguan Heitaoyi Rubber & Plastic Products Co., Ltd. | dgace | https://dgace.en.alibaba.com |
| 4 | Dongguan Shihuang Household Industrial Co., Ltd. | dgshihuang | https://dgshihuang.en.alibaba.com |
| 5 | Guangzhou Domonic Co.,ltd. | domonicho me | https://domonichome.en.alibaba.com |
| 6 | Henan Flower Dance Co., Ltd. | flowerdance | https://flowerdance.en.alibaba.com |
| 7 | Friend Gifts Manufactory | friendgifts | https://friendgifts.en.alibaba.com |
| 8 | Yiwu Hengli Network Technology Co., Ltd. | hengli2022 | https://hengli2022.en.alibaba.com |
| 9 | Jinhua Hengyang Cross Border Trade Co., Ltd. | hykj0818 | https://hykj0818.en.alibaba.com |

16

| | | | |
|---|---|---|---|
| 10 | Jiaxing Mike Household Products Co., Ltd. | jxhnmike | https://jxhnmike.en.alibaba.com |
| 11 | Shenzhen Jyc Technology Ltd. | jyc-holder | https://jyc-holder.en.alibaba.com |
| 12 | Kangde Silicone Co., Ltd. | kangde | https://kangde.en.alibaba.com |
| 13 | Yangjiang Keyhome Industry & Trade Co., Ltd. | keyhome | https://keyhome.en.alibaba.com |
| 14 | Shenzhen K&T Technology Co., Ltd | ktindustrial | https://ktindustrial.en.alibaba.com |
| 15 | Shenzhen Mantimelong Electronic Co., Ltd. | mantimelong | https://mantimelong.en.alibaba.com |
| 16 | Market Union Co., Ltd. | petbestseller | https://petbestseller.en.alibaba.com |
| 17 | Ningguo Sj Plastic Industry Co., Ltd. | plasticsanjia | https://plasticsanjia.en.alibaba.com |
| 18 | Zhejiang Smartpan Cookware Co., Ltd. | smartpan3 | https://smartpan3.en.alibaba.com |
| 19 | Ningbo Sunrise Goods Import&export Co., Ltd. | sunrisegoods | https://sunrisegoods.en.alibaba.com |
| 20 | Shenzhen Fuyuan Gift Ltd. | sz-flying | https://sz-flying.en.alibaba.com |
| 21 | Shenzhen Taihexin Silicone Products Co., Ltd. | szthx | https://szthx.en.alibaba.com |
| 22 | Jiangmen TW Industry Co., Ltd. | techwell | https://techwell.en.alibaba.com |

| | | | |
|---|---|---|---|
| 23 | Huizhou Umyidea Silicone Rubber Ware Co., Ltd. | umyidea | https://umyidea.en.alibaba.com |
| 24 | LE CHARME VIETNAM COMPANY LIMITED | vn19064691 353toyb | https://vn19064691353toyb.en.alibaba.com |
| 25 | Ningbo Broadseal Import & Export Co., Ltd. | wealthy | https://wealthy.en.alibaba.com |
| 26 | Zhejiang Chuju Daily Necessities Co., Ltd. | witsocook | https://witsocook.en.alibaba.com |
| 27 | Xiamen Yidexin Silicone Rubber Industrial Co., Ltd. | xmydx | https://xmydx.en.alibaba.com |
| 28 | Dongguan  Yiyang Technology co.,ltd | yiyanggiftnsil icone | https://yiyanggiftnsilicone.en.alibaba.com |
| 29 | Yiwu Fengqing Toy Co., Ltd. | ywfqzm | https://ywfqzm.en.alibaba.com |
| 30 | Yiwu Hengli Network Technology Co., Ltd. | ywzihe | https://ywzihe.en.alibaba.com |
| 31 | Yiwu Ziming Commodity Co., Ltd. | ywziming | https://ywziming.en.alibaba.com |
| 32 | Dongguan Qicai Electronic Technology Co., Ltd. | zihao1688 | https://zihao1688.en.alibaba.com |

| | | | |
|---|---|---|---|
| 33 | Dongguan Zhengwei Silicone Technology Co., Ltd. | zwsilicone | https://zwsilicone.en.alibaba.com |
| 34 | Cozing House Decoration Store | 1101283295 | https://www.aliexpress.com/store/1101283295 |
| 35 | Japan life Store | 1101365978 | https://www.aliexpress.com/store/1101365978 |
| 36 | Hassle A6 Store | 1101850868 | https://www.aliexpress.com/store/1101850868 |
| 37 | xiao9A Store | 1101922601 | https://www.aliexpress.com/store/1101922601 |
| 38 | Shop1102251428 Store | 1102250500 | https://www.aliexpress.com/store/1102250500 |
| 39 | AA Home Department Store Store | 1102438470 | https://www.aliexpress.com/store/1102438470 |
| 40 | More Money Than God Store | 1102676394 | https://www.aliexpress.com/store/1102676394 |
| 41 | Lucker kitchen Store | 1102889365 | https://www.aliexpress.com/store/1102889365 |
| 42 | Love Moon 2022 Store | 1103316417 | https://www.aliexpress.com/store/1103316417 |
| 43 | Cxbfg GuiGui Decorated Store Store | 1103683737 | https://www.aliexpress.com/store/1103683737 |
| 44 | Shop1104550014 Store | 1104552012 | https://www.aliexpress.com/store/1104552012 |
| 45 | Shop1104554019 Store | 1104552036 | https://www.aliexpress.com/store/1104552036 |
| 46 | Shop1104653939 Store | 1104646907 | https://www.aliexpress.com/store/1104646907 |
| 47 | Shop1104782186 Store | 1104778208 | https://www.aliexpress.com/store/1104778208 |

| 48 | Shop1104930371 Store | 1104930372 | https://www.aliexpress.com/store/1104930372 |
| 49 | Shop1105051941 Store | 1105053938 | https://www.aliexpress.com/store/1105053938 |
| 50 | Lishengch | A11I508Q3X1SZY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11I508Q3X1SZY |
| 51 | Yunplsad-US | A11QHKPQ6UGOMK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A11QHKPQ6UGOMK |
| 52 | Whoinkitchen Food Co., Ltd | A13PDDE369Z083 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13PDDE369Z083 |
| 53 | LIXUNLIAN | A15IDS89FJJJ03 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15IDS89FJJJ03 |
| 54 | Cinny | A17X9ST42P802G | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17X9ST42P802G |
| 55 | nicedaily | A18XJCUMKLGP96 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18XJCUMKLGP96 |
| 56 | Ljming | A18Z6MW08U0IXN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18Z6MW08U0IXN |
| 57 | hafanpp | A1BZE64L4US7V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BZE64L4US7V |
| 58 | XUZHANGLIN | A1C954YRP3X3G4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1C954YRP3X3G4 |
| 59 | ‰Ω≥Ê±á | A1CDJH6764P7RW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CDJH6764P7RW |

| 60 | Teatal370 | A1CT8ZZ6JV KBHJ | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1CT8Z Z6JVKBHJ |
|---|---|---|---|
| 61 | ochun | A1D6KKEM W1JY63 | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1D6K KEMW1JY63 |
| 62 | Sinoor | A1DKOKHJ4 SC0QU | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1DKO KHJ4SC0QU |
| 63 | JeoGrove | A1DRJA3UJ5 EU5Z | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1DRJA 3UJ5EU5Z |
| 64 | Oceanside warehouse | A1FUUG471 3ND5D | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1FUU G4713ND5D |
| 65 | EaseFind Shop | A1GC5K825 0HWS | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1GC5 K8250HWS |
| 66 | Yanxite | A1H4QI9H8 6494X | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1H4QI 9H86494X |
| 67 | JUN TIAN | A1HH2KYJ8 NHPKD | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1HH2 KYJ8NHPKD |
| 68 | XuanwaiShop | A1IPB8NQ1X WCVG | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1IPB8 NQ1XWCVG |
| 69 | Vijayli us | A1JRUV5LNL JLG1 | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1JRUV 5LNLJLG1 |
| 70 | Ting Yun Trading | A1JVX47FJKIJ JD | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1JVX4 7FJKIJJD |
| 71 | LIruopiao | A1KBK507ZY WHD2 | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A1KBK5 07ZYWHD2 |

| 73 | Yuehuse | A1LPZ732C0U5W6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LPZ732C0U5W6 |
|---|---|---|---|
| 74 | Orfatya | A1NLS383LJBKE8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1NLS383LJBKE8 |
| 75 | zongjunwangluo | A1O1CSNADW9O7D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1O1CSNADW9O7D |
| 76 | Wannhui | A1T5ZNTZ5BSVKW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1T5ZNTZ5BSVKW |
| 77 | Vinnier bm | A1U1S78HE02JLU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1U1S78HE02JLU |
| 78 | KnowStore | A1UTXY2G11E7Z3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UTXY2G11E7Z3 |
| 79 | qiaomaimai shopping | A1XFZ9FRU3Q868 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XFZ9FRU3Q868 |
| 80 | AIHHENSWANG | A1Y4AORLIBZX2Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Y4AORLIBZX2Y |
| 81 | Dargleo | A22ACUWD4K29QU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22ACUWD4K29QU |
| 82 | Magwen226 | A22SXWZJ7SJDNS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22SXWZJ7SJDNS |
| 83 | Seinada | A23REPF1Y8S6M7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A23REPF1Y8S6M7 |
| 84 | ÂÜ∞ | A24ETL3JN4LEWT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24ETL3JN4LEWT |

| 85 | SheNFAn | A24UHJUJ16RWSD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24UHJUJ16RWSD |
| 86 | LongYanXinLuoChaoLuoXinXiKeJiYouXianZeRenGongSi | A25QTLJEM3FE3Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25QTLJEM3FE3Z |
| 87 | Hurmers | A260GXQ8XP6NBI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A260GXQ8XP6NBI |
| 88 | Comborte | A27A1KOY4CBQYN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27A1KOY4CBQYN |
| 89 | Juyuaer | A27BIE1AV96U7W | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27BIE1AV96U7W |
| 90 | suzhouji | A27W9IE5D26BBN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27W9IE5D26BBN |
| 91 | BININGPEISHANGMAO | A29KKY1D98WPPZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29KKY1D98WPPZ |
| 93 | Unisemnn | A2AXGHTY9BHGEA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AXGHTY9BHGEA |
| 94 | Pengqianju | A2CYINDJWJVOP0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2CYINDJWJVOP0 |
| 95 | xjinwalo | A2DUJW4HRJGCV4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2DUJW4HRJGCV4 |
| 96 | Qianzhen-US | A2DWMWUZSPFVPN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2DWMWUZSPFVPN |

| | | | |
|---|---|---|---|
| 97 | Hillan | A2EXL6C1P HK7JP | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2EXL6 C1PHK7JP |
| 98 | mieasot-US | A2G3NPDO1 6Q3S5 | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2G3N PDO16Q3S5 |
| 99 | zhongxiangzhilian | A2G95C8ZT1 6KV | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2G95 C8ZT16KV |
| 100 | ENGHZSUN | A2GA84KYZJ AZNY | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2GA8 4KYZJAZNY |
| 101 | SilkRoadSupply | A2GPR30W9 2KSDG | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2GPR 30W92KSDG |
| 102 | Funiquee | A2KNGR8H WZ60VU | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2KNG R8HWZ60VU |
| 103 | sococo | A2M99LKXD QEZXD | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2M99 LKXDQEZXD |
| 104 | Julianne-US | A2MDYDW5 5DPR1K | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2MDY DW55DPR1K |
| 105 | yayadestore | A2N61ZEEU UJSBB | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2N61 ZEEUUJSBB |
| 106 | Latina.u | A2NY2FGFQ N98ZB | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2NY2 FGFQN98ZB |
| 107 | Balonta | A2SCFG62C RNH51 | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2SCF G62CRNH51 |
| 108 | Juyanven-US | A2UDKQ7D8 66S8S | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A2UDK Q7D866S8S |

| | | | |
|---|---|---|---|
| 109 | Wongsington | A2V2QGMT6DGRY2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V2QGMT6DGRY2 |
| 110 | Graetion | A2WZ1Z1E78MJEJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2WZ1Z1E78MJEJ |
| 111 | Kimiss 24k | A2ZF0K7IFIDCPR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ZF0K7IFIDCPR |
| 112 | Tuojingwan | A30LY0UIMQJRNC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A30LY0UIMQJRNC |
| 113 | Suntair | A32JF5DWTP6ZPO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32JF5DWTP6ZPO |
| 114 | Ninyier | A32Y5HDYM6O0H9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32Y5HDYM6O0H9 |
| 115 | TomatoDoll | A33UFAAALDTPFR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A33UFAAALDTPFR |
| 116 | Dylander | A35E0K6FPX7WBM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A35E0K6FPX7WBM |
| 117 | Merjunt | A38FJKMRQ7SEFQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38FJKMRQ7SEFQ |
| 118 | Yuejun2022 | A38PGCRPWKRFPD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38PGCRPWKRFPD |
| 119 | Rockyee | A392O8C3ZW35FR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A392O8C3ZW35FR |
| 120 | GaiAnShuShangMao | A3AAWCB6CSXSAF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3AAWCB6CSXSAF |

| 121 | Zwenyn | A3B0WRLM8ZGL2C | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3B0WRLM8ZGL2C |
| 122 | Zhenqunyi | A3B98WK64Y7YCE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3B98WK64Y7YCE |
| 123 | kisuin | A3CS6Y9AMOAQQY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CS6Y9AMOAQQY |
| 124 | Antilog | A3EAEN0ENB2CEW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3EAEN0ENB2CEW |
| 125 | nusind | A3EOCXXW7J04X6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3EOCXXW7J04X6 |
| 126 | Lihenge | A3GB5844S44SKX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3GB5844S44SKX |
| 127 | FengYuanShop | A3H8QCBEBFKJVN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3H8QCBEBFKJVN |
| 128 | clubevy | A3I18H47PVCYRW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3I18H47PVCYRW |
| 129 | Chophin-US | A3ID6TRMZ2258Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3ID6TRMZ2258Q |
| 130 | Junjuanshop | A3IHPEYJQ88U6T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IHPEYJQ88U6T |
| 131 | Nineyean | A3J9SG99ZLMMZ9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3J9SG99ZLMMZ9 |
| 132 | Letaerr | A3JOHF46I0Y2WZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JOHF46I0Y2WZ |

| | | | |
|---|---|---|---|
| 133 | Enlinxun-US | A3K5JVJWIQ CA4G | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A3K5JV JWIQCA4G |
| 134 | Haedaxua-US | A3LTVNMHA CXUXQ | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A3LTVN MHACXUXQ |
| 135 | Yoeuan | A3MFFE8QR XYU05 | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A3MFF E8QRXYU05 |
| 136 | QoolDeal | A3NTBH4H0 WMRHI | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A3NTB H4H0WMRHI |
| 137 | jiaqianjushi | A3PTA23XAY JDBJ | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A3PTA2 3XAYJDBJ |
| 138 | taifa-fff | A3R6OSYCC 6S9O1 | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A3R6O SYCC6S9O1 |
| 139 | LSJYUN | A3TWNWY1E JISFC | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A3TWN WY1EJISFC |
| 140 | CHICIRIS | A3UDCVZJ1K DKFG | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A3UDC VZJ1KDKFG |
| 142 | Glokerr | A4L569BJSM L25 | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A4L569 BJSML25 |
| 143 | XXVINRICAI | A5MFVEVNT PE2J | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A5MFV EVNTPE2J |
| 144 | It's What I Want | A6CEFZ4P01 9TL | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A6CEFZ 4P019TL |
| 145 | YAFANTING | A73EN4COM AFEE | https://www.amazon.com/sp?_encoding=UTF8& marketplaceID=ATVPDKIKX0DER&seller=A73EN 4COMAFEE |

| 146 | Deelair | A7CGNTDW5R5F1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A7CGNTDW5R5F1 |
| 147 | haoye maoyi | A8EYZXNN734OC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8EYZXNN734OC |
| 148 | Xiayixue | A9FQ4KZNBSYMJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A9FQ4KZNBSYMJ |
| 149 | Vertigo eu | AA5A30IAB960V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AA5A30IAB960V |
| 150 | Jibingstore | ADH4BIGUUXO72 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ADH4BIGUUXO72 |
| 151 | Befruitful | AE4IK4VRI6QCT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AE4IK4VRI6QCT |
| 152 | ZergStore | AFLWH54SY0QFI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFLWH54SY0QFI |
| 153 | liutuoyu223 | AG98VR6X4USBE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AG98VR6X4USBE |
| 154 | Lozakom | AHTAS6VWZ1OLW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AHTAS6VWZ1OLW |
| 155 | Goolily | AI4CY4R2G378V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AI4CY4R2G378V |
| 156 | Bvlltings | AJURNWA787MAA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJURNWA787MAA |
| 157 | Qinqern | ALMIWD0MCBNSH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALMIWD0MCBNSH |

| | | | |
|---|---|---|---|
| 158 | FenYangShiSanDianLianCaiShangMaoYouXianGongSi | AMC0O2R75WSGT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMC0O2R75WSGT |
| 159 | aabcdefg | ANP09KBEFC2KL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANP09KBEFC2KL |
| 160 | Jiemaitte | ANTMLWFPDG0K0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANTMLWFPDG0K0 |
| 161 | A-yixian | AOH9V8W2LW1AN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AOH9V8W2LW1AN |
| 162 | YZ Mall--US | AP912PSADNEND | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AP912PSADNEND |
| 163 | BestShopSolution | AT8SRNU7TDJZW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AT8SRNU7TDJZW |
| 164 | Likeets | AU3JB6LVSK9R2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AU3JB6LVSK9R2 |
| 165 | LiangCangJiWu | AUR8UEIB5DV2S | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUR8UEIB5DV2S |
| 166 | Ceavo | AVW1DI134OYWS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVW1DI134OYWS |
| 167 | Xiaong | AW969XZQUKWFL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AW969XZQUKWFL |
| 168 | NanAnShiYiNingYiMaoYiShangHang | AXWA4QHF3O3VT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXWA4QHF3O3VT |

| 169 | ApexGood | AXZ3AKAIP0WJW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXZ3AKAIP0WJW |
| 170 | Zuiminq | AYE7MLFIZ3PSW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYE7MLFIZ3PSW |
| 171 | alison20-1 | alison201 | https://www.ebay.com/usr/alison201 |
| 172 | anita1232 | anita1232 | https://www.ebay.com/usr/anita1232 |
| 173 | aqmall009 | aqmall009 | https://www.ebay.com/usr/aqmall009 |
| 175 | beautiful1001 | beautiful1001 | https://www.ebay.com/usr/beautiful1001 |
| 176 | beautiful1004 | beautiful1004 | https://www.ebay.com/usr/beautiful1004 |
| 177 | beautiful1016 | beautiful1016 | https://www.ebay.com/usr/beautiful1016 |
| 178 | besttrade360 | besttrade360 | https://www.ebay.com/usr/besttrade360 |
| 179 | cherry1025 | cherry1025 | https://www.ebay.com/usr/cherry1025 |
| 180 | colorsgooddeal | colorsgooddeal | https://www.ebay.com/usr/colorsgooddeal |
| 181 | crymeaskin | crymeaskin | https://www.ebay.com/usr/crymeaskin |
| 182 | e4world005 | e4world005 | https://www.ebay.com/usr/e4world005 |
| 183 | e5color3 | e5color3 | https://www.ebay.com/usr/e5color3 |
| 184 | e5color6 | e5color6 | https://www.ebay.com/usr/e5color6 |
| 185 | e9model2 | e9model2 | https://www.ebay.com/usr/e9model2 |
| 186 | e9model3 | e9model3 | https://www.ebay.com/usr/e9model3 |
| 187 | ecolifebestter | ecolifebestter | https://www.ebay.ca/usr/ecolifebestter |
| 188 | eldoraerns17 | eldoraerns17 | https://www.ebay.com/usr/eldoraerns17 |
| 189 | flower2sandi | flower2sandi | https://www.ebay.com/usr/flower2sandi |
| 190 | igirl001 | igirl001 | https://www.ebay.com/usr/igirl001 |
| 191 | imaxcity1004 | imaxcity1004 | https://www.ebay.com/usr/imaxcity1004, https://www.ebay.ca/usr/imaxcity1004 |
| 192 | inam-95 | inam-95 | https://www.ebay.com/usr/inam-95 |
| 193 | injoys5 | injoys5 | https://www.ebay.com/usr/injoys5 |

| 194 | jack44258 | jack44258 | https://www.ebay.com/usr/jack44258, https://www.ebay.ca/usr/jack44258 |
|---|---|---|---|
| 195 | jiumy1009 | jiumy1009 | https://www.ebay.com/usr/jiumy1009 |
| 196 | lilac1188 | lilac1188 | https://www.ebay.com/usr/lilac1188 |
| 197 | longsheng001 | longsheng001 | https://www.ebay.com/usr/longsheng001 |
| 198 | longsheng002 | longsheng002 | https://www.ebay.com/usr/longsheng002 |
| 199 | melecircle | melecircle | https://www.ebay.com/usr/melecircle |
| 200 | mengyur | mengyur | https://www.ebay.com/usr/mengyur |
| 201 | s1made2 | s1made2 | https://www.ebay.com/usr/s1made2 |
| 202 | sichang01 | sichang01 | https://www.ebay.com/usr/sichang01 |
| 203 | sunflower2106 | sunflower2106 | https://www.ebay.ca/usr/sunflower2106 |
| 204 | sunflower2212 | sunflower2212 | https://www.ebay.ca/usr/sunflower2212 |
| 205 | ting4534 | ting4534 | https://www.ebay.com/usr/ting4534 |
| 206 | tripation | tripation | https://www.ebay.com/usr/tripation |
| 207 | wenjing010 | wenjing010 | https://www.ebay.com/usr/wenjing010 |
| 208 | xctrading2 | xctrading2 | https://www.ebay.ca/usr/xctrading2 |
| 209 | xctrading20 | xctrading200 | https://www.ebay.com/usr/xctrading200 |
| 210 | xctrading27 | xctrading27 | https://www.ebay.com/usr/xctrading27 |
| 211 | xctrading39 | xctrading39 | https://www.ebay.com/usr/xctrading39 |
| 212 | xctrading40 | xctrading40 | https://www.ebay.com/usr/xctrading40 |
| 213 | xctrading48 | xctrading48 | https://www.ebay.com/usr/xctrading48 |
| 214 | yandonsfo | yandonsfo | https://www.ebay.com/usr/yandonsfo |
| 215 | yumenk | yumenk | https://www.ebay.ca/usr/yumenk |
| 216 | Shenzhen Yongbosheng Electronic Technology | 17284 | https://www.fruugo.us/shenzhen-yongbosheng-electronic-technology/m-17284 |
| 217 | Molooco | lo.molooco.com | https://lo.molooco.com/ |
| 218 | UNICUN | unicun.com | https://unicun.com/ |
| 219 | chiufud | 2438422514 | https://us.shein.com/store/home?store_code=2438422514&tab=items |

31

| | | | |
|---|---|---|---|
| 220 | Beijiao | 2620609591 | https://us.shein.com/store/home?store_code=2620609591&tab=items |
| 221 | AKDHJBF | 4108535506 | https://us.shein.com/store/home?store_code=4108535506&tab=items |
| 222 | hongdaxin | 4860035597 | https://us.shein.com/store/home?store_code=4860035597&tab=items |
| 223 | AnnalaSorokata2hotmail.com | 5970734539 | https://us.shein.com/store/home?store_code=5970734539&tab=items |
| 224 | JDMNDH | 5989911507 | https://us.shein.com/store/home?store_code=5989911507&tab=items |
| 225 | cgqgdq | 6721528698 | https://us.shein.com/store/home?store_code=6721528698&tab=items |
| 226 | DFHASNSD | 7223045596 | https://us.shein.com/store/home?store_code=7223045596&tab=items |
| 227 | HSJHDGV | 7720930691 | https://us.shein.com/store/home?store_code=7720930691&tab=items |
| 228 | KSJDFBDJU | 7876369780 | https://us.shein.com/store/home?store_code=7876369780&tab=items |
| 229 | GalaxyQOO | 8888819661 | https://us.shein.com/store/home?store_code=8888819661&tab=items |
| 230 | Congo Basin | congobasingroup.com | https://congobasingroup.com |
| 231 | Cozy House Mates | cozyhousemates.com | https://cozyhousemates.com |
| 232 | Gadgets Euphoria | gadgetseuphoria.com | https://gadgetseuphoria.com |
| 233 | Massagio | massagiostore.com | https://massagiostore.com |
| 234 | SeedSunSoil | seedsunsoil.com | https://seedsunsoil.com |
| 235 | DaSilo | shopdasilo.com | https://shopdasilo.com/ |
| 236 | Elevation | www.gearelevation.com | https://www.gearelevation.com |
| 238 | Show letter daily | 1268824132397 | https://www.temu.com/tt--m-1268824132397.html |

| | | | |
|---|---|---|---|
| 239 | Assign a red dress | 1541768250 315 | https://www.temu.com/tt--m-1541768250315.html |
| 240 | Awesome Selection - Yu jia Factory | 2701136670 684 | https://www.temu.com/tt--m-2701136670684.html |
| 241 | Funlive | 2994916578 418 | https://www.temu.com/tt--m-2994916578418.html |
| 242 | SilentShop | 3055841966 70 | https://www.temu.com/tt--m-305584196670.html |
| 243 | asan goods | 3644195292 121 | https://www.temu.com/tt--m-3644195292121.html |
| 244 | UAMTqaXJlf | 5403017992 155 | https://www.temu.com/tt--m-5403017992155.html |
| 245 | kaixina | 6291308371 905 | https://www.temu.com/tt--m-6291308371905.html |
| 246 | Bohe tanbian | 6344182111 45177 | https://www.temu.com/tt--m-634418211145177.html |
| 248 | guozexi | 6344182114 43442 | https://www.temu.com/tt--m-634418211443442.html |
| 249 | JVSONG | 6344182122 29333 | https://www.temu.com/tt--m-634418212229333.html |
| 250 | WHYWHYHHH | 6344182127 63321 | https://www.temu.com/tt--m-634418212763321.html |
| 251 | Wing Chi home furnishings | 6344182129 00128 | https://www.temu.com/tt--m-634418212900128.html |
| 253 | Baikang Home Furnishings | 6344182142 12683 | https://www.temu.com/tt--m-634418214212683.html |
| 254 | YJXjin | 6344182147 20300 | https://www.temu.com/tt--m-634418214720300.html |
| 256 | Ka Ying Furniture | 6344182149 35904 | https://www.temu.com/tt--m-634418214935904.html |
| 257 | AUXTUR BM | 6344182159 77532 | https://www.temu.com/tt--m-634418215977532.html |
| 259 | RonLai | 6344182173 65872 | https://www.temu.com/tt--m-634418217365872.html |

| 260 | SakerTool BM | 6344182176 34385 | https://www.temu.com/tt--m-634418217634385.html |
| 261 | GKone | 6344182183 33538 | https://www.temu.com/tt--m-634418218333538.html |
| 262 | SYAGDUAUDI | 6344182185 04070 | https://www.temu.com/tt--m-634418218504070.html |
| 263 | Camel supermarket | 6344182189 37388 | https://www.temu.com/tt--m-634418218937388.html |
| 264 | Cooling Shopping | 6344182190 99254 | https://www.temu.com/tt--m-634418219099254.html |
| 265 | LIYUE SEVEN | 6344182193 34261 | https://www.temu.com/tt--m-634418219334261.html |
| 266 | XIHONGSHIE | 6344182195 70003 | https://www.temu.com/tt--m-634418219570003.html |
| 267 | HudingJSF | 6344182204 55856 | https://www.temu.com/tt--m-634418220455856.html |
| 268 | Xixi Yi | 6344182210 75487 | https://www.temu.com/tt--m-634418221075487.html |
| 269 | Thetopsale local | 6344182214 38723 | https://www.temu.com/tt--m-634418221438723.html |
| 270 | YTA Apparel shop | 6344182217 92148 | https://www.temu.com/tt--m-634418221792148.html |
| 271 | LJhgyv | 6344182219 52726 | https://www.temu.com/tt--m-634418221952726.html |
| 272 | WXWXWXshop | 6344182221 16624 | https://www.temu.com/tt--m-634418222116624.html |
| 273 | WKWshop | 6344182221 21353 | https://www.temu.com/tt--m-634418222121353.html |
| 274 | WZZZshop | 6344182221 21761 | https://www.temu.com/tt--m-634418222121761.html |
| 275 | JBBBshop | 6344182221 44735 | https://www.temu.com/tt--m-634418222144735.html |
| 276 | WuShen one | 6344182221 98850 | https://www.temu.com/tt--m-634418222198850.html |
| 277 | PPB T | 6344182222 48429 | https://www.temu.com/tt--m-634418222248429.html |

34

| 278 | xingqingyu | 6344182225 52403 | https://www.temu.com/tt--m-634418222552403.html |
|---|---|---|---|
| 279 | ARNG | 6344182230 01493 | https://www.temu.com/tt--m-634418223001493.html |
| 280 | Hushalo | 6344182230 16381 | https://www.temu.com/tt--m-634418223016381.html |
| 281 | Pivot Pantry | 6344182230 44990 | https://www.temu.com/tt--m-634418223044990.html |
| 283 | WKWWWWW | 6344182231 03830 | https://www.temu.com/tt--m-634418223103830.html |
| 284 | WFHWFH | 6344182231 04799 | https://www.temu.com/tt--m-634418223104799.html |
| 285 | Nwger | 6344182231 59375 | https://www.temu.com/tt--m-634418223159375.html |
| 286 | River willow | 6344182232 05042 | https://www.temu.com/tt--m-634418223205042.html |
| 288 | Cattles Jewelry | 6344182233 50101 | https://www.temu.com/tt--m-634418223350101.html |
| 289 | Good Happy Jewelry | 6344182233 53010 | https://www.temu.com/tt--m-634418223353010.html |
| 290 | ZippyHome | 6344182234 48935 | https://www.temu.com/tt--m-634418223448935.html |
| 291 | The leaves of spring are tender green | 6344182235 11989 | https://www.temu.com/tt--m-634418223511989.html |
| 295 | NC Shoping | 6344182237 15532 | https://www.temu.com/tt--m-634418223715532.html |
| 298 | Fengmai mainland nine | 6344182241 18968 | https://www.temu.com/tt--m-634418224118968.html |
| 300 | Haoduoyuyu | 6344182242 75779 | https://www.temu.com/tt--m-634418224275779.html |
| 301 | Maibaole shop | 6344182243 11662 | https://www.temu.com/tt--m-634418224311662.html |
| 302 | bibaodan | 6344182243 23398 | https://www.temu.com/tt--m-634418224323398.html |

35

| 306 | Jiudianyuan | 6344182244 70024 | https://www.temu.com/tt--m-634418224470024.html |
| 307 | Jiushimeng shop | 6344182244 71100 | https://www.temu.com/tt--m-634418224471100.html |
| 308 | NordStream local | 6344182245 86830 | https://www.temu.com/tt--m-634418224586830.html |
| 309 | JiahaooShop | 6344182246 08182 | https://www.temu.com/tt--m-634418224608182.html |
| 310 | HaoojiaShop | 6344182246 08436 | https://www.temu.com/tt--m-634418224608436.html |
| 311 | Lets explore together | 6344182246 17294 | https://www.temu.com/tt--m-634418224617294.html |
| 312 | WuzhenShop | 6344182246 23216 | https://www.temu.com/tt--m-634418224623216.html |
| 313 | ZhenwuShop | 6344182246 23812 | https://www.temu.com/tt--m-634418224623812.html |
| 314 | Woaibaodan | 6344182246 75199 | https://www.temu.com/tt--m-634418224675199.html |
| 316 | TACIYV | 6344182248 89910 | https://www.temu.com/tt--m-634418224889910.html |
| 317 | WT boutique | 6344182249 08013 | https://www.temu.com/tt--m-634418224908013.html |
| 318 | FBJTVP | 6344182249 15923 | https://www.temu.com/tt--m-634418224915923.html |
| 319 | YZZYYW | 6344182250 39033 | https://www.temu.com/tt--m-634418225039033.html |
| 320 | YYYZE | 6344182250 41245 | https://www.temu.com/tt--m-634418225041245.html |
| 321 | Taste it later a local b | 6344182250 47032 | https://www.temu.com/tt--m-634418225047032.html |
| 322 | MeiHuaA Boutique | 6344182251 06493 | https://www.temu.com/tt--m-634418225106493.html |
| 325 | HongTaoJ Boutique | 6344182253 21986 | https://www.temu.com/tt--m-634418225321986.html |
| 327 | CQ GLASSES | 6344182255 15041 | https://www.temu.com/tt--m-634418225515041.html |

36

| 328 | Xixi B | 6344182257 09987 | https://www.temu.com/tt--m-634418225709987.html |
|---|---|---|---|
| 329 | Two goals sudden wealth three | 6344182257 76989 | https://www.temu.com/tt--m-634418225776989.html |
| 334 | Six onee | 6344182267 26194 | https://www.temu.com/tt--m-634418226726194.html |
| 335 | Eight twoo | 6344182267 40207 | https://www.temu.com/tt--m-634418226740207.html |
| 336 | ANDJG | 6344182271 42989 | https://www.temu.com/tt--m-634418227142989.html |
| 337 | Cihang home management | 7454029024 45 | https://www.temu.com/tt--m-745402902445.html |
| 338 | Kiplyki | 101129803 | https://www.walmart.com/reviews/seller/101129803 |
| 339 | LBLOE Living | 101138877 | https://www.walmart.com/reviews/seller/101138877 |
| 340 | RnemiTe-amo | 101176958 | https://www.walmart.com/reviews/seller/101176958 |
| 341 | VerPetridure | 101177896 | https://www.walmart.com/reviews/seller/101177896 |
| 342 | Dengmore Glow & Gather | 101185219 | https://www.walmart.com/reviews/seller/101185219 |
| 343 | LiZEUS Official | 101346411 | https://www.walmart.com/reviews/seller/101346411 |
| 344 | hongshengcheng | 101469484 | https://www.walmart.com/reviews/seller/101469484 |
| 345 | Jacenvly Store | 101481521 | https://www.walmart.com/reviews/seller/101481521 |
| 346 | Wovilon | 101495861 | https://www.walmart.com/reviews/seller/101495861 |
| 347 | Weimeigou | 101518073 | https://www.walmart.com/reviews/seller/101518073 |
| 348 | LinLinHOME | 101519017 | https://www.walmart.com/reviews/seller/101519017 |
| 349 | Vitdipy | 101584143 | https://www.walmart.com/reviews/seller/101584143 |

| | | | |
|---|---|---|---|
| 350 | Jinshisheng | 101668644 | https://www.walmart.com/reviews/seller/101668644 |
| 351 | Beollynier HappySprig Kids | 102491355 | https://www.walmart.com/reviews/seller/102491355 |
| 352 | CUITING Co. Ltd | 102617603 | https://www.walmart.com/reviews/seller/102617603 |
| 353 | Zhaensshaii | 102637074 | https://www.walmart.com/reviews/seller/102637074 |
| 354 | ZhaoH | 102784926 | https://www.walmart.com/reviews/seller/102784926 |
| 355 | chibishidayindianzishangwu | 102829992 | https://www.walmart.com/reviews/seller/102829992 |
| 356 | NM Home Finds | 102834729 | https://www.walmart.com/reviews/seller/102834729 |
| 357 | Fuweikai Technology | 102848048 | https://www.walmart.com/reviews/seller/102848048 |
| 358 | QI XIANG | 102872743 | https://www.walmart.com/reviews/seller/102872743 |
| 359 | CRISP STORE | 102895549 | https://www.walmart.com/reviews/seller/102895549 |
| 360 | guowendianzi | 102907173 | https://www.walmart.com/reviews/seller/102907173 |
| 361 | ihong | 5e05982c39d0c5002209ee4f | https://www.wish.com/merchant/5e05982c39d0c5002209ee4f |
| 362 | zhangrui19860403 | 5e5f4bb829e7863b67be3e93 | https://www.wish.com/merchant/5e5f4bb829e7863b67be3e93 |