IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| BOXED DESIGN LTD., | |
|---|---|
| Plaintiff, | Civil Action No. |
| v. | 1:25-cv-07293-VMC |
| Yiwu Yanyu Trading Co., Ltd., et al., | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Boxed Design Ltd., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants ("Collectively Settling Defendants") with prejudice:

| Merchant Name | DOE No. |
|---|---|
| YAFANTING | 145 |
| UNICUN | 218 |
| Elevation | 236 |
| Kiplyki | 338 |
| LBLOE Living | 339 |
| RnemiTe-amo | 340 |
| VerPetridure | 341 |
| Dengmore Glow & Gather | 342 |
| Jacenvly Store | 345 |
| Wovilon | 346 |
| Beollynier HappySprig Kids | 351 |

1

Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 20th day of February, 2026

                                        */s/Brandon Parrish*
BRANDON PARRISH
Georgia Bar No. 388223
Wargo French & Singer, LLP
1175 Peachtree Street, Suite 1650
Atlanta, GA 30361
(404) 853-1590 (Telephone)
(404) 853-1591 (Facsimile)
bparrish@wfslaw.com

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
(*admitted pro hac vice*)
Ying Chen (IL Bar No. 6346961)
(*admitted pro hac vice*)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. Additionally, I have caused the foregoing to be served on the Defendants via email.

                                        */s/Brandon Parrish*
                                        BRANDON PARRISH
                                        Georgia Bar No. 388223
                                        Wargo French & Singer, LLP
                                        1175 Peachtree Street, Suite 1650
                                        Atlanta, GA 30361
                                        (404) 853-1590 (Telephone)
                                        (404) 853-1591 (Facsimile)
                                        bparrish@wfslaw.com